IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DWAYNE A DEBOSE,

    Petitioner,

v.                                                             CASE NO. 1:11-cv-109-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondents.
_____/

**O R D E R**

This matter is before the Court on Doc. 14, Respondent's second motion for a 45-day extension of time to respond to the Petition. Counsel avers that an extension is necessary due to staffing shortages and a heavy caseload. Upon due, it is **ORDERED:**

1. The motion, Doc. 14, is **GRANTED**. Respondent shall respond to the petition **on or before February 17, 2012.**

2. Petitioner shall have until **March 19, 2012**, to file a reply.

**DONE AND ORDERED** this 3rd day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge